**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
GAMZE ZIVALI, Individually and on behalf   :    ECF Case
of all other Similarly Situated Employees,   :
                              :
                Plaintiff,   :
                              :
        v.   :    Case No.  08-cv-10310 (JSR)
                              :
AT&T MOBILITY LLC, et al.,   :
                              :
            Defendants.   :
                              :
                              :
------------------------------------------------------- X

## EXHIBIT LIST

| Exhibit # | Description |
| --- | --- |
| A | Declaration of Karen Bennett |
| B | Declaration of Chris Dondzila |
| C | Declaration of Robert J. Fleissner |
| D | Declaration of Terry Fogle |
| E | Declaration of Marci Holland |
| F | Declaration of Emanuelle Pallia |
| G | Declaration of Kiran Satin |
| H | Declaration of Scott Wottle |
| I | Expert Report of Dr. Charles Mullin (excerpts) |
| J | Expert Report of Dr. Paul White (excerpts) |
| K | Declaration of Thomas E. Gies |
| | |
| K.1 | Declaration of Alisa |
| K.2 | Declaration of Arce |
| K.3 | Declaration of Ashcraft |
| K.4 | Declaration of Baker |
| K.5 | Declaration of Bellotti |
| K.6 | Declaration of E. Brown |
| K.7 | Declaration of J. Brown |
| K.8 | Declaration of Burcher |
| K.9 | Declaration of Burks |

| K.10 | Declaration of Butler |
| K.11 | Declaration of Cardenas |
| K.12 | Declaration of Casavale |
| K.13 | Declaration of Collins |
| K.14 | Declaration of Cruz |
| K.15 | Declaration of Davis |
| K.16 | Declaration of Decker |
| K.17 | Declaration of Demiar |
| K.18 | Declaration of Desai |
| K.19 | Declaration of Elkin |
| K.20 | Declaration of Esler |
| K.21 | Declaration of Farthing |
| K.22 | Declaration of Fitzgerald |
| K.23 | Declaration of Frey |
| K.24 | Declaration of Funchess |
| K.25 | Declaration of Galloway |
| K.26 | Declaration of Garrigues |
| K.27 | Declaration of Gladura |
| K.28 | Declaration of Glump |
| K.29 | Declaration of Gonzalez |
| K.30 | Declaration of Grimes |
| K.31 | Declaration of Guevara |
| K.32 | Declaration of Hanratty |
| K.33 | Declaration of Harper |
| K.34 | Declaration of Hartman |
| K.35 | Declaration of Haussling |
| K.36 | Declaration of Herman |
| K.37 | Declaration of Holstein |
| K.38 | Declaration of Ibanez |
| K.39 | Declaration of Iracheta |
| K.40 | Declaration of Kazulak |
| K.41 | Declaration of Kemp |
| K.42 | Declaration of Kendall |
| K.43 | Declaration of Kinnebrew |
| K.44 | Declaration of Kosityn |
| K.45 | Declaration of Lane |
| K.46 | Declaration of Langston |
| K.47 | Declaration of Linares |
| K.48 | Declaration of Link |
| K.49 | Declaration of Martin |

K.50       Declaration of Mengel
K.51       Declaration of Merzaian
K.52       Declaration of Mianulli
K.53       Declaration of Mitchell
K.54       Declaration of Moore
K.55       Declaration of Morey
K.56       Declaration of Myers
K.57       Declaration of Nickoloff
K.58       Declaration of Pagliaroni
K.59       Declaration of Parrish
K.60       Declaration of Perlman
K.61       Declaration of Philebaum
K.62       Declaration of Reznicek
K.63       Declaration of Rice
K.64       Declaration of Richardson
K.65       Declaration of Rizza
K.66       Declaration of Rochez
K.67       Declaration of Rodriguez
K.68       Declaration of Sangar
K.69       Declaration of Senft
K.70       Declaration of Sentz
K.71       Declaration of Shepard
K.72       Declaration of Smith
K.73       Declaration of Spraggins
K.74       Declaration of Stanfield
K.75       Declaration of Starks
K.76       Declaration of Sullivan
K.77       Declaration of Thoburn
K.78       Declaration of Tritto
K.79       Declaration of Valdez
K.80       Declaration of Velez
K.81       Declaration of Villasenor
K.82       Declaration of Washington
K.83       Declaration of Whitehead
K.84       Declaration of Wilcox
K.85       Declaration of Williams

L       Abdul-Rahman Deposition Excerpts
M       Bennett Deposition Excerpts
N       Bonomo Deposition Excerpts

| | |
|---|---|
| O | Carrega Deposition Excerpts |
| P | Clark Deposition Excerpts |
| Q | Crockett Deposition Excerpts |
| R | Easdon Deposition Excerpts |
| S | Farley Deposition Excerpts |
| T | Gutierrez Deposition Excerpts |
| U | Harrell Deposition Excerpts |
| V | Hendricks Deposition Excerpts |
| W | Hopkins Deposition Excerpts |
| X | Joven Deposition Excerpts |
| Y | Kaddoura Deposition Excerpts |
| Z | Keyser Deposition Excerpts |
| AA | Linnenbaugh Deposition Excerpts |
| BB | Marshall Deposition Excerpts |
| CC | Moehring Deposition Excerpts |
| DD | Mosblech Deposition Excerpts |
| EE | Ortiz Deposition Excerpts |
| FF | Sanchez Deposition Excerpts |
| GG | Schneider Deposition Excerpts |
| HH | Smay Deposition Excerpts |
| II | Sterling Deposition Excerpts |
| JJ | Teran Deposition Excerpts |
| KK | Timper Deposition Excerpts |
| LL | Valenzuela Deposition Excerpts |
| MM | Walsh Deposition Excerpts |
| NN | Waller Deposition Excerpts |
| OO | Zivali Deposition Excerpts |
| PP | Linnenbaugh's Request for Time Adjustment |
| QQ | Linnenbaugh's Time Record for 7/3/2009 |
| RR | Abdul-Rahman Questionnaire |