UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                         :
GAMZE ZIVALI, Individually and on behalf                 :
of all other Similarly Situated Employees,               :  ECF Case
                                                         :
                    Plaintiff,                           :
                                                         :  Case No. 08-cv-10310 (JSR)
         v.                                              :
                                                         :
AT&T MOBILITY LLC et al.                                 :
                                                         :
                    Defendants.                          :
                                                         :
                                                         :
                                                         :
-------------------------------------------------------- x

## DECLARATION OF ANDREW W. BAGLEY RE EXHIBITS A THROUGH J

I, Andrew W. Bagley, do hereby swear, affirm, and attest as follows:

1. I am one of the attorneys for the Defendant in the above-captioned case. I make this declaration in connection with Defendant's Memorandum of Law in Support of Motion to Decertify Collective Action, which is filed contemporaneously herewith. I am fully familiar with all prior proceedings in this action, and I have been admitted to practice before this Court *pro hac vice*. I submit this Declaration in order to introduce various materials into the record in support of Defendant's motion.

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Karen Bennett, dated November 6, 2010.

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Christopher Dondzila, dated November 7, 2010.

Attached hereto as Exhibit C is a true and correct copy of the Declaration of Robert J. Fleissner, dated March 11, 2009.

Attached hereto as Exhibit D is a true and correct copy of the Declaration of Terry Fogle, dated November 2010.

Attached hereto as Exhibit E is a true and correct copy of the Declaration of Marci Holland, dated March 11, 2010.

Attached hereto as Exhibit F is a true and correct copy of the Declaration of Emanuelle Pallia, dated November 6, 2010.

Attached hereto as Exhibit G is a true and correct copy of the Declaration of Kiran Satin, dated March 11, 2009.

Attached hereto as Exhibit H is a true and correct copy of the Declaration of Scott Wottle, dated March 10, 2009.

Attached hereto as Exhibit I is a true and correct copy of relevant portions of the Expert Report of Dr. Charles Mullin, dated September 16, 2010 and previously served upon plaintiffs' counsel on the same date.

Attached hereto as Exhibit J is a true and correct copy of relevant portions of the Expert Report of Dr. Paul White, dated September 16, 2010 and previously served upon plaintiffs' counsel on the same date.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct. Executed on November 8, 2010.

*Andrew W. Bagley*
Andrew W. Bagley