**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------- x
:
GAMZE ZIVALI, Individually and on behalf :
of all other Similarly Situated Employees, : ECF Case
:
Plaintiff, :
:
: Case No. 08-cv-10310 (JSR)
v. :
:
AT&T MOBILITY LLC et al. :
:
Defendants. :
:
:
:
:
------------------------------------------------------- x

## DECLARATION OF ANDREW W. BAGLEY RE EXHIBITS L THROUGH RR

I, Andrew W. Bagley, do hereby swear, affirm, and attest as follows:

1. I am one of the attorneys for the Defendant in the above-captioned case. I make this declaration in connection with Defendant's Memorandum of Law in Support of Motion to Decertify Collective Action, which is filed contemporaneously herewith. I am fully familiar with all prior proceedings in this action, and I have been admitted to practice before this Court *pro hac vice*. I submit this Declaration in order to introduce various materials into the record in support of Defendant's motion.

2. Attached hereto as Exhibit L is a true and correct copy of relevant portions of the transcript of the deposition of Ibn Abdul Rahman, dated July 15, 2010.

3. Attached hereto as Exhibit M is a true and correct copy of relevant portions of the transcript of the deposition of David Bennett, dated July 27, 2010.

4. Attached hereto as Exhibit N is a true and correct copy of relevant portions of the transcript of the deposition of Mark Bonomo, dated August 4, 2010.

5. Attached hereto as Exhibit O is a true and correct copy of relevant portions of the transcript of the deposition of Brian Carrega, dated July 7, 2010.

6. Attached hereto as Exhibit P is a true and correct copy of relevant portions of the transcript of the deposition of Ladell Clark, dated July 14, 2010.

7. Attached hereto as Exhibit Q is a true and correct copy of relevant portions of the transcript of the deposition of Melody Crockett, dated July 30, 2010.

8. Attached hereto as Exhibit R is a true and correct copy of relevant portions of the transcript of the deposition of Derek Easdon, dated July 8, 2010.

9. Attached hereto as Exhibit S is a true and correct copy of relevant portions of the transcript of the deposition of Thomas Myron Farley, III, dated July 26, 2010.

10. Attached hereto as Exhibit T is a true and correct copy of relevant portions of the transcript of the deposition of Christine Nicole Gutierrez, dated July 13, 2010.

11. Attached hereto as Exhibit U is a true and correct copy of relevant portions of the transcript of the deposition of Michael Harrell, dated July 22, 2010.

12. Attached hereto as Exhibit V is a true and correct copy of relevant portions of the transcript of the deposition of David Hendricks, dated July 22, 2010.

13. Attached hereto as Exhibit W is a true and correct copy of relevant portions of the transcript of the deposition of Gerald Hopkins, dated June 30, 2010.

14. Attached hereto as Exhibit X is a true and correct copy of relevant portions of the transcript of the deposition of James Joven, dated July 30, 2010.

15. Attached hereto as Exhibit Y is a true and correct copy of relevant portions of the transcript of the deposition of Ahmed Abduwade Kaddoura, dated July 12, 2010.

16. Attached hereto as Exhibit Z is a true and correct copy of relevant portions of the transcript of the deposition of Kari Keyser, dated June 25, 2010.

17. Attached hereto as Exhibit AA is a true and correct copy of relevant portions of the transcript of the deposition of Thomas Linnenbaugh, dated July 26, 2010.

18. Attached hereto as Exhibit BB is a true and correct copy of relevant portions of the transcript of the deposition of Brandon Marshall, dated July 12, 2010.

19. Attached hereto as Exhibit CC is a true and correct copy of relevant portions of the transcript of the deposition of Jonathan Moehring, dated July 16, 2010.

20. Attached hereto as Exhibit DD is a true and correct copy of relevant portions of the transcript of the deposition of Jeffrey Mosblech, dated July 16, 2010.

21. Attached hereto as Exhibit EE is a true and correct copy of relevant portions of the transcript of the deposition of Jorge Ortiz, dated July 2, 2010.

22. Attached hereto as Exhibit FF is a true and correct copy of relevant portions of the transcript of the deposition of Raymond Sanchez, dated July 14, 2010.

23. Attached hereto as Exhibit GG is a true and correct copy of relevant portions of the transcript of the deposition of Melissa Schneider, dated July 30, 2010.

24. Attached hereto as Exhibit HH is a true and correct copy of relevant portions of the transcript of the deposition of David Smay, dated July 9, 2010.

25. Attached hereto as Exhibit II is a true and correct copy of relevant portions of the transcript of the deposition of Tony Sterling, dated July 22, 2010.

26. Attached hereto as Exhibit JJ is a true and correct copy of relevant portions of the transcript of the deposition of Eric Teran, dated July 13, 2010.

27. Attached hereto as Exhibit KK is a true and correct copy of relevant portions of the transcript of the deposition of Patricia Timper, dated July 9, 2010.

28. Attached hereto as Exhibit LL is a true and correct copy of relevant portions of the transcript of the deposition of Albert Martin Valenzuela, dated July 16, 2010.

29. Attached hereto as Exhibit MM is a true and correct copy of relevant portions of the transcript of the deposition of Brian Walsh, dated August 8, 2010.

30. Attached hereto as Exhibit NN is a true and correct copy of relevant portions of the transcript of the deposition of Andrew Waller, dated March 9, 2009.

31. Attached hereto as Exhibit OO is a true and correct copy of relevant portions of the transcript of the deposition of Gamze Zivali, dated March 3, 2009.

32. Attached hereto as Exhibit PP is a true and correct copy of an e-mail from Thomas Linnenbaugh to Darlene Wohl, requesting an adjustment to his time records on July 3, 2009.

33. Attached hereto as Exhibit QQ is a true and correct copy of time records pertaining to Thomas Linnenbaugh on July 3, 2009.

34. Attached hereto as Exhibit RR is a true and correct copy of a Questionnaire filled in by Ibn Abdul-Rahman on June 18, 2010.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct. Executed on November 8, 2010.

_Andrew W. Bagley_
Andrew W. Bagley